Form CLKNTCA (10/09)

**United States Bankruptcy Court
Western District of Michigan**
One Division Ave., N.
Room 200
Grand Rapids, MI 49503

| | |
|---|---|
| **IN RE:** Debtor (name used by the debtor in the last 8 years, including married, maiden, trade, and address):<br><br>**Maria Seiferle−Valencia**<br>734 Ridgewood Ave.<br>Lansing, MI 48910<br>SSN: xxx−xx−3843<br><br>**Debtor** | **Case Number 17−03070−jtg**<br><br>**Chapter 7**<br><br>**Honorable John T. Gregg** |

# CLERK'S NOTICE OF PRESUMED ABUSE
## UNDER 11 U.S.C. § 707(b)(2)

In accordance with Fed. R. Bankr.P.5008, notice is hereby given that subsequent to the original Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines, the debtor has filed information which indicates that a presumption of abuse has arisen under 11 U.S.C. Section 707(b)(2).

Creditors may have the right to file a motion to dismiss the case under § 11 U.S.C. 707(b)(2) of the Bankruptcy Code. Under § 11 U.S.C. 707(b)(2)(B) the debtor may rebut the presumption by showing special circumstances.

Daniel M. LaVille
Clerk of Court

**Dated:** July 10, 2017